**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| STEVEN CIOTTA, | NO. CV 14-9861-GHK (AS) |
| Petitioner, | |
| v. | **JUDGMENT** |
| MARTIN BITER, Warden, | |
| Respondent. | |

Pursuant to the Order of Dismissal,

IT IS ADJUDGED that the Petition is denied and dismissed without prejudice.

DATED:  1/28/15  .

_____
GEORGE H. KING
UNITED STATES DISTRICT JUDGE